# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00189-CV

**Kenneth Wick and Linda Wick, Appellants**

**v.**

**Terry Davison, Billie Davison, and Century Mortgage Corp., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN002302, HONORABLE PAUL DAVIS, JUDGE PRESIDING

Appellants filed a motion to dismiss their appeal Awith prejudice@ advising that they have settled their dispute with appellees and no longer desire to pursue this appeal.

Therefore, this appeal is dismissed on motion of appellants. Tex. R. App. P. 42.1(a)(2). Costs are assessed against the party incurring same.

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants= Motion

Filed: July 26, 2002

Do Not Publish